UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALEX REIZNER,

    *Plaintiff*,

v.

NATIONAL RECOVERIES, INC.,

    *Defendant*.

Civil Action No. 17-2572

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion; and for good cause shown,

IT IS on the 2nd day of May, 2018,

**ORDERED** that Defendant's motion to dismiss (D.E. 8) is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED** with **PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

_____
John Michael Vazquez, U.S.D.J.